*AO 442 (Rev. 3/99) Warrant for Arrest*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

Juan Gutierrez Moreno

**SEALED**

CRIMINAL COMPLAINT

CASE NUMBER: O9 - 629 sm

    *I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.*

*SEE ATTACHED CHARGE INCORPORATED BY REFERENCE HEREIN*

    *I further state that I am a special agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:*

*SEE ATTACHED STATEMENT OF PROBABLE CAUSE INCORPORATED BY REFERENCE HEREIN*

*AUTHORIZED BY:  Paul Rood, Assistant United States Attorney*

Christopher J. Bort
*Name of Complainant*

*Signature of Complainant*

*Sworn to before me and subscribed in my presence,*

July 1, 2009

*Date*

**DAVID K. DUNCAN
United States Magistrate Judge**

*United States Judge Magistrate*

*at*

Phoenix, Arizona

*City and State*

*Signature of Judicial Officer*

## *CHARGE*
## *COUNT ONE*

On December 16, 2008, in the District of Arizona,

defendant, Juan Gutierrez Moreno, in connection with the acquisition of five (5)

firearms, that is, two (2) Stag Arms rifles, Model Stag-15, both chambered in

5.56, SN# 68171 and SN# 67932. A Rock Island Armory pistol, Model 1911,

chambered in .45 caliber, SN# RIA1115903, and a Charles Daly pistol, Model

1911-A1, chambered in .45 caliber, SN# CD023268 acquired from Shooters

World, a federally licensed firearms dealer, and a Bushmaster Rifle, Model

number XM15, chambered in .223, with SN# BGIJ99283 acquired from Lone

Wolf Trading Company, a federally licensed firearms dealer, did knowingly make

a false statement and representation with respect to the information required by

Title 18, United States Code, Chapter 44, to be kept in the records of federally

licensed firearms dealers, that is, defendant Juan Gutierrez, Moreno stated that he

resided at 3161 West County 17 ¾ , Somerton, Arizona, when, in truth and in fact,

as defendant Juan Gutierrez Moreno well knew, he did not reside at that address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## Affidavit in Support of Criminal Complaint

## Background and Experience

Your affiant, Christopher J. Bort, being duly sworn, deposes and states as follows:

1.     Your affiant is a Special Agent employed by the Bureau of Alcohol, Tobacco and Firearms, United States Department of Justice (ATF), and has been so employed since July, 2000.  Your affiant has recently been transferred from Northern California to the Southern Border to focus on illegal firearms trafficking to Mexico.

2.     Prior to your affiant's employment with ATF, your affiant was employed with the United States Department of Justice Immigration and Naturalization Service as an Immigration Inspector on the Southern border for approximately four years.

3.     Your affiant is a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Program (CITP) and the Bureau of Alcohol, Tobacco Firearms and Explosives, New Professional Training (NPT), Special Agent Academy.  In addition, your affiant has completed ATF Firearms Interstate Nexus Training, given by the Firearms Technology Branch, Bureau of ATF in Martinsburg, West Virginia.

4.     Your affiant has not included every fact known in this Affidavit, but only those relevant to the determine probable cause for the requested criminal complaint.

5.     As a result of training and experience, your affiant is knowledgeable with Federal firearm laws, and knows that it is unlawful to do the following:

   a. Under 18 U.S.C. § 924(a)(1)(A), reads in part: "whoever knowingly makes any false statement or representation with respect to the information required by Title 18, United

1

States Code, Chapter 44, to be kept in the records of a federally licensed firearms dealer.

6.    In January, 2009, your affiant was reviewing ATF multiple sale reports.  ATF multiple sale reports are generated by Federal Firearms Licensees (FFL) and mailed to ATF and local area law enforcement.  They provide details of handgun sales involving the sale of more than one handgun at one time to an individual.  It has been your affiant's experience that the multiple sale reports are a good location to identify handguns and individuals that may be involved in dealing without a license, firearms trafficking, or "straw purchasing".  "Straw purchasing" is when a prohibited person obtains a "straw" man or woman to purchase handguns for them.

7.    ATF Form 4473 is a Firearms Transaction Record which is required to be completed by the Federal Firearms Licensee (FFL) and the firearm's purchaser during every over-the-counter firearms transaction.  The form contains important notices, instructions, and definitions to the firearm buyer.  After the section, completed by the firearm buyer, above the buyer's signature block the form states in part:  "I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony."

8.    On or about January 29, 2009, ATF agents in the Phoenix area went to the Phoenix stores investigating multiple purchases of firearms by a Jackie Munoz.

9.    While agents were at the store they spoke with Bear Arms Sales Manager Kurt Stancl who informed the agents that he remembered Jackie Jippy Munoz and that he was accompanied by another individual by the name of Juan GUTIERREZ MORENO.  Sales Manager Stancl informed agents that GUTIERREZ also purchased firearms at the same time as Munoz.  Phoenix ATF Agents then asked for and received photocopies of all of the ATF Form 4473s completed by GUTIERREZ and MUNOZ for your affiant.

2

10.     It was found that on December 16th, 2008, Juan GUTIERREZ purchased a total of five (5) firearms on two (2) separate ATF Form 4473s.

11.     On December 16, 2008, GUTIERREZ purchased one (1) firearm from Lone Wolf Trading Company, a Federal Firearms Licensee (FFL) in Glendale, Arizona. The firearm was a Bushmaster Rifle, Model number XM15, chambered in .223, SN# BGIJ99283. The current residence address GUTIERREZ wrote on the ATF Form 4473 was 3161 West County 17 ¾, Somerton, Arizona.

12.     On December 16, 2008, GUTIERREZ purchased four (4) firearms at Shooters World, a FFL in Phoenix, Arizona. The firearms were two (2) Stag Arms rifles, Model Stag-15, both chambered in 5.56, SN# 68171 and SN# 67932, a Rock Island Armory pistol, Model 1911, chambered in .45 caliber, SN# RIA1115903, and a Charles Daly pistol, Model 1911-A1, chambered in .45 caliber, SN#CD023268. The current residence address GUTIERREZ wrote on the ATF Form 4473 was 3161 West County 17 ¾, Somerton, Arizona.

**Residence of Juan GUTIERREZ MORENO**

13.     During your affiant's investigation of GUTIERREZ computer checks were done on 3161 West County 17 ¾ Somerton Arizona. It was discovered that the utilities for his residence were in the name of Christine McConnaughay, a local Yuma, Arizona Realtor. Physical surveillance of GUTIERREZ' address indicated the residence was for sale and available through the same Realtor listed on the utilities.

14.     In early May of 2009 your affiant contacted Christine McConnaughay regarding the property 3161 west County 17 3/4, located in Somerton, Arizona. Christine McConnaughay informed your affiant that the property was a bank foreclosure and referred your affiant to a bank representative in charge of the property.

3

15.   On May 08, 2009, your affiant spoke with John Curtis from Coldwell Banker.  Mr. Curtis stated that he manages the foreclosed bank properties for Coldwell Banker.  The interview was conducted over the telephone and was in reference to the timeline of bank ownership and physical control of the property located at 3161 West County 17 ¾, Somerton, Arizona.

16.   Mr. Curtis informed your affiant, according to his records, that the property was a "bank foreclosure" on September 15, 2008.  Mr. Curtis' records show that the property was reported as "vacant", by the Yuma real estate agent, on September 26, 2008.  His records also indicated that the property was "secured" on October 2, 2008.  Your affiant asked Mr. Curtis what "secured" meant?  Mr. Curtis indicated that the locks were changed and that a lock box was placed at the residence.  The next entry Mr. Curtis had in his records, for the property, was a "trash out" or removal of anything left behind by the prior tenants on October 4, 2008.   Mr. Curtis then stated the property was then formally listed on October 30, 2008.

//

//

//

4

17.    As a result of the events described in this Affidavit, there is probable cause to believe that on December 16, 2008 Juan GUTIERREZ knowingly provided false written statements on two separate ATF Form 4473s, lying about his current residence address, in order to acquire five (5) firearms from two separate Federally licensed firearm dealers, in violation of 18 U.S.C. § 924(a)(1)(A).    I respectfully request that a criminal complaint be issued for the arrest of Juan GUTIERRREZ.

_____
Christopher J. Bort, ATF Special Agent

Sworn to and subscribed before me this _____ day of June 2009.

_____
United States Magistrate Judge
David K. Duncan

5